# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2626

H&R Block, Inc., et al.

Appellants

v.

Jay L. Himes, In His Official Capacity as Federal Trade Commission Administrative Law Judge, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:24-cv-00198-BP)

---

**ORDER**

The motion for preliminary injunction pending appeal is denied.

September 13, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik