No. 24-2626

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

H&R BLOCK INC., ET AL.

*Plaintiffs-Appellants*,

v.

JAY L. HIMES, IN HIS OFFICIAL CAPACITY AS FEDERAL TRADE COMMISSION ADMINISTRATIVE LAW JUDGE, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
Western District of Missouri
Case No. 4:24-cv-198-BP

## APPELLANTS' CONSENT MOTION FOR VOLUNTARY DISMISSAL

Hashim M. Mooppan
Bijan M. Aboutorabi
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
hmmooppan@jonesday.com

*Counsel for Plaintiffs-Appellants*

# APPELLANTS' CONSENT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellants H&R Block Inc., HRB Tax Group, Inc. and HRB Digital LLC move to voluntarily dismiss this appeal, with each party to bear its own costs. Appellants brought this action to enjoin the FTC from using an Administrative Law Judge in an administrative proceeding commenced against them. On January 7, 2025, the FTC approved a consent order fully resolving the underlying administrative proceeding, which became final and effective when posted to the FTC's website on January 8, 2025. *See In re H&R Block Inc.*, No. 9427, Decision and Order (Jan. 7, 2025), https://www.ftc.gov/system/files/ftc_gov/pdf/HRBlock-DecisionandOrder.pdf. As the administrative proceeding has been resolved and the ALJ will take no further action therein, Appellants' claim for relief and this appeal are moot. The Government has consented to this motion.

January 15, 2025

Respectfully submitted,

<u>/s/ Hashim M. Mooppan</u>
Hashim M. Mooppan
Bijan M. Aboutorabi
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
hmmooppan@jonesday.com

*Counsel for Plaintiffs-Appellants*

# CERTIFICATES OF COMPLIANCE AND SERVICE

I certify that the foregoing motion has been prepared in 14-point Times New Roman font and contains 139 words, as calculated by the firm's word-processing software (Microsoft Word for Microsoft 365).

I certify that on January 15, 2025, I caused the electronic filing of the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I further certify that all counsel of record are users of the appellate CM/ECF system, and will be served by that system.

January 15, 2025                                        Respectfully submitted,

                                                                     */s/ Hashim M. Mooppan*
                                                                     Hashim M. Mooppan

                                                                     *Counsel for Plaintiffs-Appellants*